UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW AMEZQUITA,

    Petitioner,

v.                              CASE NO. 3:16cv176-MCR/CAS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

    This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated May 8, 2017. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* review of any timely filed objections.

    Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows**:**

    1. The Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 14, is **GRANTED** and the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 8, is **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 3rd day of July, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**